UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY HILLS RACQUET AND
HEALTH CLUB, LTD.,

    Plaintiff,

v.

THE CINCINNATI CASUALTY
INSURANCE COMPANY,

    Defendant.

Case No. 19-12388

Stephanie Dawkins Davis
United States District Judge

_____ /

## **JUDGMENT**

In accordance with the Court's Opinion and Order dated August 7, 2020, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff against Defendant.

Date: August 7, 2020

s/Stephanie Dawkins Davis
Stephanie Dawkins Davis
United States District Judge